FILED

06/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0154

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0154

_____

DENIS AGUADO,

      Petitioner and Appellant,

   v.                             O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

Upon review of the briefing in this matter, it has come to the Court's attention that the opening brief and reply brief filed by Appellant Denis Aguado contain the full name of the minor victim. Consistent with the briefing and the Court's Opinion in Aguado's direct appeal, and following the Court's practice in similar cases, the Court has determined that the Appellant's opening and reply briefs should be redacted pursuant to M. R. App. P. 10(7)(e)(i) to use the initials of the minor child instead of her name.

THEREFORE,

IT IS ORDERED that the Clerk of the Supreme Court shall substitute a redacted version of Appellant's opening and reply briefs in the public record.

The Clerk is directed to give notice of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2022